# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 93 WM 2020
:
Respondent :
:
:
:
v. :
:
:
CHRISTOPHER S. LECLAIR, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2020, the "Petition for Reinstatement of Right to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. *See* Pa.R.A.P. 1113(d), Note (providing that a defendant in a criminal matter may obtain reinstatement of allocatur rights if counsel negligently failed to file a Petition for Allowance of Appeal by the deadline). It is noted that an attorney's appointment in a criminal matter continues on direct appeal through the allocatur stage. *See* Pa.R.Crim.P. 122, Comment (explaining that "counsel retains his or her appointment until final judgment, which includes all avenues of appeal through the Supreme Court of Pennsylvania").

Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.